Hearing Date: November 9, 2011
Hearing Time:  10:30 a.m.
Location: 219 S. Dearborn St., Courtroom  642
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF
# DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Ramirez, Anthony | § | Case No. 10-33534 |
| Ramirez, Pamela Von | § | |
| | § | Hon. Susan Pierson Sonderby |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
     . The undersigned trustee was appointed on                        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joseph A. Baldi, Trustee_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-33534 SPS Judge: Susan Pierson Sonderby | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Ramirez, Anthony | Date Filed (f) or Converted (c): | 07/28/10 (f) |
| | Ramirez, Pamela Von | 341(a) Meeting Date: | 09/21/10 |
| For Period Ending: | 09/05/11 | Claims Bar Date: | 03/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1618 Scoville Ave Berwyn, IL 60402 (Debtors' prima | 84,960.00 | 0.00 | | 0.00 | FA |
| 2. 4.2 Acres in Packwaukee WI, stucture on land with | 17,800.00 | 13,550.00 | | 16,900.00 | FA |
| 3. Checking account with 5/3rd Bank | 100.00 | 0.00 | | 0.00 | FA |
| 4. Savings account with First Northern Credit Union | 200.00 | 0.00 | | 0.00 | FA |
| 5. Savings account with 5/3rd Bank | 150.00 | 0.00 | | 0.00 | FA |
| 6. Checking account with Bank of America | 200.00 | 0.00 | | 0.00 | FA |
| 7. Savings account with Bank of America | 100.00 | 0.00 | | 0.00 | FA |
| 8. Household goods; TV, DVD player, TV stand, stereo, | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | FA |
| 10. Necessary wearing apparel. | 300.00 | 0.00 | | 0.00 | FA |
| 11. Earrings, watch, costume jewelry, wedding bands | 350.00 | 0.00 | | 0.00 | FA |
| 12. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 13. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 14. Pension w/ Employer/Former Employer - 100% Exempt. | 30,000.00 | 0.00 | | 0.00 | FA |
| 15. PI Claim, | 20,000.00 | 35,000.00 | | 50,000.00 | FA |
| 16. Potential workers' compensation case against forme | 20,000.00 | 0.00 | | 0.00 | FA |
| 17. 1999 Buick LaSabre with over 100,000 miles | 1,325.00 | 0.00 | | 0.00 | FA |
| 18. 1997 Buick LaSabre with over 100,000 miles | 1,200.00 | 0.00 | | 0.00 | FA |
| 19. Family Pets: a dog and a cat | 0.00 | 0.00 | | 0.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.75 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $179,785.00   $48,550.00      $66,900.75   $0.00

(Total Dollar Amount in Column 6)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-33534    SPS    Judge: Susan Pierson Sonderby | Trustee Name:    Joseph A. Baldi, Trustee |
| Case Name: | Ramirez, Anthony | Date Filed (f) or Converted (c):    07/28/10 (f) |
| | Ramirez, Pamela Von | 341(a) Meeting Date:    09/21/10 |
| | | Claims Bar Date:    03/18/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold real property in Wisconsin; Trustee retained special counsel to represent estate with respect to PI claim;
Trustee settled PI claim pursuant to Court order; Trustee prepared Estate tax returns

Initial Projected Date of Final Report (TFR): 12/31/13       Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-33534 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Ramirez, Anthony | | Bank Name: | Bank of America, N.A. |
| | Ramirez, Pamela Von | | Account Number / CD #: | *******6917 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5639 | | | |
| For Period Ending: | 09/05/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/29/11 | 15 | Allstate Insurance Company<br>Claims Payment Processing<br>P.O. Box 650048<br>Dallas, TX 75265 | Settlement Proceeds: PI Claim | 50,000.00 | | | | | 50,000.00 |
| 03/31/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | | 0.01 | | | | 50,000.01 |
| 04/04/11 | | Transfer to Acct #*******6946 | Bank Funds Transfer<br>For Distribution of PI settlement proceeds per<br>Court order 3/17/11 | | | | | -32,668.52 | 17,331.49 |
| 04/25/11 | | Transfer to Acct #*******6946 | Bank Funds Transfer<br>for payment of medicare lien, per order 3/16/11 | | | | | -2,259.18 | 15,072.31 |
| 04/29/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | | 0.16 | | | | 15,072.47 |
| 05/31/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | | 0.13 | | | | 15,072.60 |
| 06/06/11 | 2 | MARQUETTE COUNTY TITLE, INC<br>Trust Account<br>PO Box 216<br>Montello, WI 53949 | SALE OF REAL PROPERTY | 15,199.06 | | | | | 30,271.66 |
| | | SANDRA J. BALTUTIS | Memo Amount: 16,900.00<br>SALE OF REAL PROPERTY | | | | | | |
| | | COLDWELL BANKER - COTTER REALTY | Memo Amount: ( 1,014.00 )<br>BROKER FEES | | | | | | |
| | | DONNA CACIC WISSBAUM | Memo Amount: ( 75.00 )<br>CLOSING COSTS | | | | | | |
| | | MARQUETTE COUNTY TITLE | Memo Amount: ( 500.70 )<br>CLOSING COSTS | | | | | | |
| | | MARQUETTE COUNTY | Memo Amount: ( 111.24 )<br>COUNTY TAXES | | | | | | |
| 06/30/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | | 0.22 | | | | 30,271.88 |
| 07/12/11 | | Transfer to Acct #*******6946 | Bank Funds Transfer<br>To pay Debtor's claimed exemption in wisconsin<br>property | | | | | -4,250.00 | 26,021.88 |
| 07/29/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | | 0.23 | | | | 26,022.11 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-33534 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Ramirez, Anthony | | Bank Name: | Bank of America, N.A. |
| | Ramirez, Pamela Von | | Account Number / CD #: | *******6917 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5639 | | | |
| For Period Ending: | 09/05/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| | Account *******6917 | Balance Forward | 0.00 | |
| | 2 Deposits | 65,199.06 | 0 Checks | 0.00 |
| Memo Allocation Receipts: 16,900.00 | 5 Interest Postings | 0.75 | 0 Adjustments Out | 0.00 |
| Memo Allocation Disbursements: 1,700.94 | | | 3 Transfers Out | 39,177.70 |
| | Subtotal | $ 65,199.81 | | |
| Memo Allocation Net: 15,199.06 | | | Total | $ 39,177.70 |
| | 0 Adjustments In | 0.00 | | |
| | 0 Transfers In | 0.00 | | |
| | Total | $ 65,199.81 | | |

UST Form 101-7-TFR (10/1/2010) *(Page: 6)*

LFORM2XT

Ver: 16.02b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-33534 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Ramirez, Anthony | | Bank Name: | Bank of America, N.A. |
| | Ramirez, Pamela Von | | Account Number / CD #: | *******6946 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5639 | | | |
| For Period Ending: | 09/05/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 04/04/11 | | Transfer from Acct #*******6917 | Bank Funds Transfer<br>For Distribution of PI settlement proceeds per Court order 3/17/11 | | | | | 32,668.52 | 32,668.52 |
| 04/04/11 | 001001 | Anthony Ramirez<br>1618 Scotville Ave.<br>Berwyn, IL 60402 | Debtor's Exemption | | | 15,000.00 | | | 17,668.52 |
| 04/04/11 | 001002 | Dr. Niranjuna Giri, M.D.<br>7372 S. Rt. 83<br>Darien, IL 60561 | Physician Lien | | | 696.59 | | | 16,971.93 |
| 04/04/11 | 001003 | Kenneth Fleischer c/o Ray, Fleischer&Fox<br>and Michael L. Shepherd, Ltd.<br>77 W. Washington St., Suite 1910 | Special Counsel fees and expenses | | | 6,971.93 | | | 10,000.00 |
| 04/04/11 | 001004 | Kenneth Fleischer c/o Ray, Fleischer&Fox<br>and Harman & Fedick<br>77 W. Washington St., Suite 1910<br>Chicago, IL 60602 | Special Counsel Fees | | | 10,000.00 | | | 0.00 |
| 04/25/11 | | Transfer from Acct #*******6917 | Bank Funds Transfer<br>for payment of medicare lien, per order 3/16/11 | | | | | 2,259.18 | 2,259.18 |
| 04/25/11 | 001005 | Medicare<br>Med. Secondary Payor Recovery Contractor<br>P.O. Box 138832<br>Oklahoma City, OK 73113 | Medicare Lien<br>Lien claim against PI settlement proceeds per order | | | 2,259.18 | | | 0.00 |
| 07/12/11 | | Transfer from Acct #*******6917 | Bank Funds Transfer<br>To pay Debtor's claimed exemption in wisconsin property | | | | | 4,250.00 | 4,250.00 |
| 07/12/11 | 001006 | Anthony Ramirez<br>1618 Scotville Ave.<br>Berwyn, IL 60402 | Debtor's Exemption in WI property | | | 4,250.00 | | | 0.00 |

UST Form 101-7-TFR (10/1/2010) *(Page: 7)*

LFORM2XT

Ver: 16.02b

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-33534 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Ramirez, Anthony | | Bank Name: | Bank of America, N.A. |
| | Ramirez, Pamela Von | | Account Number / CD #: | *******6946  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5639 | | | |
| For Period Ending: | 09/05/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

|  |  |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

| Account  *******6946 | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 0 Deposits | | 0.00 | 6 Checks | 39,177.70 |
| 0 Interest Postings | | 0.00 | 0 Adjustments Out | 0.00 |
| Subtotal | | $ 0.00 | 0 Transfers Out | 0.00 |
| 0 Adjustments In | | 0.00 | Total | $ 39,177.70 |
| 3 Transfers In | | 39,177.70 | | |
| Total | | $ 39,177.70 | | |

|  |  |
|---|---|
| Total Allocation Receipts: | 16,900.00 |
| Total Allocation Disbursements: | 1,700.94 |
| Total Memo Allocation Net: | 15,199.06 |

| Report Totals | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 2 Deposits | | 65,199.06 | 6 Checks | 39,177.70 |
| 5 Interest Postings | | 0.75 | 0 Adjustments Out | 0.00 |
| Subtotal | | $ 65,199.81 | 3 Transfers Out | 39,177.70 |
| 0 Adjustments In | | 0.00 | Total | $ 78,355.40 |
| 3 Transfers In | | 39,177.70 | | |
| Total | | $ 104,377.51 | Net Total Balance | $ 26,022.11 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-33534 | | Page 1 | | Date: September 05, 2011 |
| Debtor Name: | Ramirez, Anthony | | Priority Sequence (No Pay Hold) | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 3410-00 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Administrative | | $0.00 | $1,147.50 | $1,147.50 |
| 001 2100-00 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $5,515.08 | $5,515.08 |
| 001 3110-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $0.00 | $4,538.50 | $4,538.50 |
| 001 3120-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $0.00 | $44.23 | $44.23 |
| 000001 070 7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $11,559.00 | $12,330.05 | $12,330.05 |
| 000002 070 7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $5,350.00 | $5,608.45 | $5,608.45 |
| 000003 070 7100-00 | American Infosource Lp As Agent for<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $2,199.00 | $2,292.31 | $2,292.31 |
| 000004 070 7100-00 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | Unsecured | | $9,744.00 | $9,600.17 | $9,600.17 |
| 000005 070 7100-00 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | Unsecured | | $1,695.00 | $1,893.34 | $1,893.34 |
| 000006 070 7100-00 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | Unsecured | | $11,582.00 | $11,625.32 | $11,625.32 |
| 000007 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $4,183.00 | $4,323.70 | $4,323.70 |
| 000008 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $7,111.00 | $7,313.69 | $7,313.69 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-33534 | | Page 2 | | | Date: September 05, 2011 |
| Debtor Name: | Ramirez, Anthony | | Priority Sequence (No Pay Hold) | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000009<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $7,881.00 | $8,233.74 | $8,233.74 |
| 000010<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $299.00 | $239.07 | $239.07 |
| | Case Totals: | | | $61,603.00 | $74,705.15 | $74,705.15 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-33534
Case Name: Ramirez, Anthony
        Ramirez, Pamela Von
Trustee Name: Joseph A. Baldi, Trustee

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | American Infosource Lp As Agent for | $ | $ | $ |
| 000004 | Fifth Third Bank | $ | $ | $ |
| 000005 | Fifth Third Bank | $ | $ | $ |
| 000006 | Fifth Third Bank | $ | $ | $ |
| 000007 | Chase Bank USA, N.A. | $ | $ | $ |
| 000008 | Chase Bank USA, N.A. | $ | $ | $ |
| 000009 | Chase Bank USA, N.A. | $ | $ | $ |
| 000010 | GE Money Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE