# Notice Recipients

District/Off: 0752−1     User: mrahmoun     Date Created: 10/7/2011
Case: 10−33534     Form ID: pdf006     Total: 46

**Recipients of Notice of Electronic Filing:**
tr    Joseph A Baldi, Tr    jabaldi@baldiberg.com
aty   Elizabeth C Berg      ecberg@ameritech.net
aty   Frank C Hernandez     ndil@geracilaw.com
aty   Joseph A Baldi        jabaldi@baldiberg.com
aty   Joseph A Baldi, Tr    jabaldi@ameritech.net

                                                                        TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Anthony Ramirez        1618 Scoville Ave     Berwyn, IL 60402
jdb        Pamela Von Ramirez     1618 Scoville Ave     Berwyn, IL 60402
17542493   American InfoSource LP as agent for Citibank N.A.    PO Box 248840    Oklahoma City, OK 73124−8840
16573890   American Infosource Lp As Agent for    Citibank (South Dakota) N.A.    PO Box 248840    Oklahoma City, OK 73124−8840
15912739   Benjamin Krumstok      520 S Maple Ave       Oak Park, IL 60304
15912733   Blue Cross Blue Sheild    Attn: Mia Jacob    300 East Randolph    Chicago, IL 60601
15912710   CHASE        Po Box 15298    Wilmington, DE 19850
15912725   CITI     Po Box 6241    Sioux Falls, SD 57117
15912711   Capital One     Po Box 85520    Richmond, VA 23285
16625157   Chase Bank USA, N.A.    PO Box 15145    Wilmington, DE 19850−5145
15912743   David Lyzbicki    c/o Michael L Shephard    155 North Michigan Ave    Suite 613    Chicago, IL 60601
16565588   Discover Bank    Dfs Services LLC    PO Box 3025    New Albany, OH 43054−3025
15912720   Discover FIN SVCS LLC    Po Box 15316    Wilmington, DE 19850
15912740   Dr. Edward Brackett MD    1125 Westgate St    Oak Park, IL 60301
15912714   Equifax    Attn: Bankruptcy Dept.    PO Box 740241    Atlanta, GA 30374
15912715   Experian    Attn: Bankruptcy Dept.    PO Box 2002    Allen, TX 75013
15912712   Fifth Third BANK    5050 Kingsley Dr    Cincinnati, OH 45227
16617770   Fifth Third Bank    PO BOX 829009    Dallas, TX 75382
15912722   First Northern CU    300 W Adams St    Chicago, IL 60606
16965000   GE Money Bank    c/o Recovery Management Systems Corporat    25 SE 2nd Ave Suite 1120    Miami FL 33131−1605
15912708   GEMB/SAMS CLUB    Po Box 981400    El Paso, TX 79998
15912707   HSBC/Bsbuy    Po Box 15519    Wilmington, DE 19850
15912742   Medical Recovery Specialists    2250 E Devon Ave Ste 352    Des Plaines, IL 60018
15912731   Midwest Healthcare Management    2900 Macarthur Blvd Ste B    Northbrook, IL 60062
15912746   Midwest Open MRI    PO Box 66973    Slot 30298    Chicago, IL 60666
15912728   Midwest Orthopaedic Consultant    10719 W 160th St    Orland Park, IL 60467
15912734   Professional Anesthesia SC    185 Penny Ave Ste B    East Dundee, IL 60118
15912729   Resurrection Health Care    5645 W Addison St    Chicago, IL 60634−4403
15912741   Resurrection Services    9000 S Stony Island Ave    Chicago, IL 60617
15912732   Rush Oak Park Hospital    520 South Maple Ave    Oak Park, IL 60304
15912730   Rush Oak Park Hospital    PO Box 70769    Chicago, IL 60673
15912709   Sears/CBSD    Po Box 6189    Sioux Falls, SD 57117
15912735   Smita J Shah, MD    PO Box 5921    Buffalo Grove, IL 60089
15912716   Transunion    Attn: Bankruptcy Dept.    PO Box 1000    Chester, PA 19022
15912737   Village Radiology Ltd    121 N Marion St    Oak Park, IL 60301−1061
15912721   WFF Cards    Attn: Bankruptcy Dept.    3201 N 4Th Ave    Sioux Falls, SD 57104
15912706   Wells Fargo    9620 S. Roberts Rd.    Hickory Hills, IL 60457
15912705   Wells Fargo Financial    PO Box 98784    Las Vegas, NV 89193
15912726   West Suburban Hospital    3 Erie Court    Oak Park, IL 60302
15912745   West Suburban Pro Receivables    Attn: Bankruptcy Dept.    35001 Eagle Way    Chicago, IL 60678
15912727   Westgate Orthopaedics    Attn: Bankruptcy Dept.    1125 Westgate    Oak Park, IL 60301

                                                                        TOTAL: 41