UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                      §
                                            §
Ramirez, Anthony                            §        Case No. 10-33534
Ramirez, Pamela Von                         §
                                            §          J qp0Uwucp'Rkgtuqp'Uqpfgtd{
         Debtor(s)                          §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            Kenneth S. Gardner
            Clerk of the U.S. Bankruptcy Court
            219 S. Dearborn, 7th Floor
            Chicago, Illinois  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
            10 30 a.m., on  Wednesday, November 9, 2011
            in Courtroom  642, U.S. Courthouse
            219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____              By: Kenneth Gardner_____
                                                 Clerk of Bankruptcy Court


*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| Ramirez, Anthony | § | Case No. 10-33534 |
| Ramirez, Pamela Von | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

The Final Report shows receipts of                               $

and approved disbursements of                                    $

leaving a balance on hand of[1]                                  $


Claims of secured creditors will be paid as follows:

NONE


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                            $_____

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Discover Bank | $ | $ | $ |
| 000003 | American Infosource Lp As Agent for | $ | $ | $ |
| 000004 | Fifth Third Bank | $ | $ | $ |
| 000005 | Fifth Third Bank | $ | $ | $ |
| 000006 | Fifth Third Bank | $ | $ | $ |
| 000007 | Chase Bank USA, N.A. | $ | $ | $ |
| 000008 | Chase Bank USA, N.A. | $ | $ | $ |
| 000009 | Chase Bank USA, N.A. | $ | $ | $ |
| 000010 | GE Money Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: mrahmoun | Date Created: 10/7/2011 |
| Case: 10−33534 | Form ID: pdf006 | Total: 46 |

**Recipients of Notice of Electronic Filing:**
tr    Joseph A Baldi, Tr    jabaldi@baldiberg.com
aty    Elizabeth C Berg    ecberg@ameritech.net
aty    Frank C Hernandez    ndil@geracilaw.com
aty    Joseph A Baldi    jabaldi@baldiberg.com
aty    Joseph A Baldi, Tr    jabaldi@ameritech.net

                TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Anthony Ramirez    1618 Scoville Ave    Berwyn, IL 60402
jdb    Pamela Von Ramirez    1618 Scoville Ave    Berwyn, IL 60402
17542493    American InfoSource LP as agent for Citibank N.A.    PO Box 248840    Oklahoma City, OK 73124−8840
16573890    American Infosource Lp As Agent for    Citibank (South Dakota) N.A.    PO Box 248840    Oklahoma City, OK 73124−8840
15912739    Benjamin Krumstok    520 S Maple Ave    Oak Park, IL 60304
15912733    Blue Cross Blue Sheild    Attn: Mia Jacob    300 East Randolph    Chicago, IL 60601
15912710    CHASE    Po Box 15298    Wilmington, DE 19850
15912725    CITI    Po Box 6241    Sioux Falls, SD 57117
15912711    Capital One    Po Box 85520    Richmond, VA 23285
16625157    Chase Bank USA, N.A.    PO Box 15145    Wilmington, DE 19850−5145
15912743    David Lyzbicki    c/o Michael L Shephard    155 North Michigan Ave    Suite 613    Chicago, IL 60601
16565588    Discover Bank    Dfs Services LLC    PO Box 3025    New Albany, OH 43054−3025
15912720    Discover FIN SVCS LLC    Po Box 15316    Wilmington, DE 19850
15912740    Dr. Edward Brackett MD    1125 Westgate St    Oak Park, IL 60301
15912714    Equifax    Attn: Bankruptcy Dept.    PO Box 740241    Atlanta, GA 30374
15912715    Experian    Attn: Bankruptcy Dept.    PO Box 2002    Allen, TX 75013
15912712    Fifth Third BANK    5050 Kingsley Dr    Cincinnati, OH 45227
16617770    Fifth Third Bank    PO BOX 829009    Dallas, TX 75382
15912722    First Northern CU    300 W Adams St    Chicago, IL 60606
16965000    GE Money Bank    c/o Recovery Management Systems Corporat    25 SE 2nd Ave Suite 1120    Miami FL 33131−1605
15912708    GEMB/SAMS CLUB    Po Box 981400    El Paso, TX 79998
15912707    HSBC/Bsbuy    Po Box 15519    Wilmington, DE 19850
15912742    Medical Recovery Specialists    2250 E Devon Ave Ste 352    Des Plaines, IL 60018
15912731    Midwest Healthcare Management    2900 Macarthur Blvd Ste B    Northbrook, IL 60062
15912746    Midwest Open MRI    PO Box 66973    Slot 30298    Chicago, IL 60666
15912728    Midwest Orthopaedic Consultant    10719 W 160th St    Orland Park, IL 60467
15912734    Professional Anesthesia SC    185 Penny Ave Ste B    East Dundee, IL 60118
15912729    Resurrection Health Care    5645 W Addison St    Chicago, IL 60634−4403
15912741    Resurrection Services    9000 S Stony Island Ave    Chicago, IL 60617
15912732    Rush Oak Park Hospital    520 South Maple Ave    Oak Park, IL 60304
15912730    Rush Oak Park Hospital    PO Box 70769    Chicago, IL 60673
15912709    Sears/CBSD    Po Box 6189    Sioux Falls, SD 57117
15912735    Smita J Shah, MD    PO Box 5921    Buffalo Grove, IL 60089
15912716    Transunion    Attn: Bankruptcy Dept.    PO Box 1000    Chester, PA 19022
15912737    Village Radiology Ltd    121 N Marion St    Oak Park, IL 60301−1061
15912721    WFF Cards    Attn: Bankruptcy Dept.    3201 N 4Th Ave    Sioux Falls, SD 57104
15912706    Wells Fargo    9620 S. Roberts Rd.    Hickory Hills, IL 60457
15912705    Wells Fargo Financial    PO Box 98784    Las Vegas, NV 89193
15912726    West Suburban Hospital    3 Erie Court    Oak Park, IL 60302
15912745    West Suburban Pro Receivables    Attn: Bankruptcy Dept.    35001 Eagle Way    Chicago, IL 60678
15912727    Westgate Orthopaedics    Attn: Bankruptcy Dept.    1125 Westgate    Oak Park, IL 60301

                TOTAL: 41