UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                          §
                                                §
Ramirez, Anthony                                §      Case No. 10-33534
Ramirez, Pamela Von                             §
                                                §
         Debtor(s)                              §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
10 30 a.m., on  Wednesday, November 9, 2011
in Courtroom  642, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Kenneth Gardner_____
                                                                                                              Clerk of Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
Ramirez, Anthony § Case No. 10-33534
Ramirez, Pamela Von §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 66,901.19 |
| and approved disbursements of | $ | 40,878.64 |
| leaving a balance on hand of[1] | $ | 26,022.55 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 5,515.08 | $ 0.00 | $ 5,515.08 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 4,538.50 | $ 0.00 | $ 4,538.50 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ 44.23 | $ 0.00 | $ 44.23 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 1,147.50 | $ 0.00 | $ 1,147.50 |

Total to be paid for chapter 7 administrative expenses     $     11,245.31

Remaining Balance     $     14,777.24

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 63,459.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 12,330.05 | $ 0.00 | $ 2,871.17 |
| 000002 | Discover Bank | $ 5,608.45 | $ 0.00 | $ 1,305.98 |
| 000003 | American Infosource Lp As Agent for | $ 2,292.31 | $ 0.00 | $ 533.79 |
| 000004 | Fifth Third Bank | $ 9,600.17 | $ 0.00 | $ 2,235.49 |
| 000005 | Fifth Third Bank | $ 1,893.34 | $ 0.00 | $ 440.88 |
| 000006 | Fifth Third Bank | $ 11,625.32 | $ 0.00 | $ 2,707.07 |
| 000007 | Chase Bank USA, N.A. | $ 4,323.70 | $ 0.00 | $ 1,006.82 |
| 000008 | Chase Bank USA, N.A. | $ 7,313.69 | $ 0.00 | $ 1,703.06 |
| 000009 | Chase Bank USA, N.A. | $ 8,233.74 | $ 0.00 | $ 1,917.31 |
| 000010 | GE Money Bank | $ 239.07 | $ 0.00 | $ 55.67 |

Total to be paid to timely general unsecured creditors   $ 14,777.24

Remaining Balance   $ 0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By: /s/_____
                Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: mrahmoun | Date Created: 10/7/2011 |
| Case: 10−33534 | Form ID: pdf006 | Total: 46 |

**Recipients of Notice of Electronic Filing:**
tr    Joseph A Baldi, Tr    jabaldi@baldiberg.com
aty    Elizabeth C Berg    ecberg@ameritech.net
aty    Frank C Hernandez    ndil@geracilaw.com
aty    Joseph A Baldi    jabaldi@baldiberg.com
aty    Joseph A Baldi, Tr    jabaldi@ameritech.net

                                                                                                                                                   TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Anthony Ramirez    1618 Scoville Ave    Berwyn, IL 60402
jdb    Pamela Von Ramirez    1618 Scoville Ave    Berwyn, IL 60402
17542493    American InfoSource LP as agent for Citibank N.A.    PO Box 248840    Oklahoma City, OK 73124−8840
16573890    American Infosource Lp As Agent for    Citibank (South Dakota) N.A.    PO Box 248840    Oklahoma City, OK 73124−8840
15912739    Benjamin Krumstok    520 S Maple Ave    Oak Park, IL 60304
15912733    Blue Cross Blue Sheild    Attn: Mia Jacob    300 East Randolph    Chicago, IL 60601
15912710    CHASE    Po Box 15298    Wilmington, DE 19850
15912725    CITI    Po Box 6241    Sioux Falls, SD 57117
15912711    Capital One    Po Box 85520    Richmond, VA 23285
16625157    Chase Bank USA, N.A.    PO Box 15145    Wilmington, DE 19850−5145
15912743    David Lyzbicki    c/o Michael L Shephard    155 North Michigan Ave    Suite 613    Chicago, IL 60601
16565588    Discover Bank    Dfs Services LLC    PO Box 3025    New Albany, OH 43054−3025
15912720    Discover FIN SVCS LLC    Po Box 15316    Wilmington, DE 19850
15912740    Dr. Edward Brackett MD    1125 Westgate St    Oak Park, IL 60301
15912714    Equifax    Attn: Bankruptcy Dept.    PO Box 740241    Atlanta, GA 30374
15912715    Experian    Attn: Bankruptcy Dept.    PO Box 2002    Allen, TX 75013
15912712    Fifth Third BANK    5050 Kingsley Dr    Cincinnati, OH 45227
16617770    Fifth Third Bank    PO BOX 829009    Dallas, TX 75382
15912722    First Northern CU    300 W Adams St    Chicago, IL 60606
16965000    GE Money Bank    c/o Recovery Management Systems Corporat    25 SE 2nd Ave Suite 1120    Miami FL 33131−1605
15912708    GEMB/SAMS CLUB    Po Box 981400    El Paso, TX 79998
15912707    HSBC/Bsbuy    Po Box 15519    Wilmington, DE 19850
15912742    Medical Recovery Specialists    2250 E Devon Ave Ste 352    Des Plaines, IL 60018
15912731    Midwest Healthcare Management    2900 Macarthur Blvd Ste B    Northbrook, IL 60062
15912746    Midwest Open MRI    PO Box 66973    Slot 30298    Chicago, IL 60666
15912728    Midwest Orthopaedic Consultant    10719 W 160th St    Orland Park, IL 60467
15912734    Professional Anesthesia SC    185 Penny Ave Ste B    East Dundee, IL 60118
15912729    Resurrection Health Care    5645 W Addison St    Chicago, IL 60634−4403
15912741    Resurrection Services    9000 S Stony Island Ave    Chicago, IL 60617
15912732    Rush Oak Park Hospital    520 South Maple Ave    Oak Park, IL 60304
15912730    Rush Oak Park Hospital    PO Box 70769    Chicago, IL 60673
15912709    Sears/CBSD    Po Box 6189    Sioux Falls, SD 57117
15912735    Smita J Shah, MD    PO Box 5921    Buffalo Grove, IL 60089
15912716    Transunion    Attn: Bankruptcy Dept.    PO Box 1000    Chester, PA 19022
15912737    Village Radiology Ltd    121 N Marion St    Oak Park, IL 60301−1061
15912721    WFF Cards    Attn: Bankruptcy Dept.    3201 N 4Th Ave    Sioux Falls, SD 57104
15912706    Wells Fargo    9620 S. Roberts Rd.    Hickory Hills, IL 60457
15912705    Wells Fargo Financial    PO Box 98784    Las Vegas, NV 89193
15912726    West Suburban Hospital    3 Erie Court    Oak Park, IL 60302
15912745    West Suburban Pro Receivables    Attn: Bankruptcy Dept.    35001 Eagle Way    Chicago, IL 60678
15912727    Westgate Orthopaedics    Attn: Bankruptcy Dept.    1125 Westgate    Oak Park, IL 60301

                                                                                                 TOTAL: 41

United States Bankruptcy Court
Northern District of Illinois

In re:  
Anthony Ramirez  
Pamela Von Ramirez  
    Debtors

Case No. 10-33534-SPS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dcarroll     Page 1 of 2     Date Rcvd: Oct 11, 2011  
                 Form ID: pdf002     Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2011.

```
db/jdb       +Anthony Ramirez,   Pamela Von Ramirez,   1618 Scoville Ave,   Berwyn, IL 60402-1906
17542493      American InfoSource LP as agent for Citibank N.A.,   PO Box 248840,
               Oklahoma City, OK  73124-8840
15912739     +Benjamin Krumstok,   520 S Maple Ave,   Oak Park, IL 60304-1022
15912733     +Blue Cross Blue Sheild,   Attn: Mia Jacob,   300 East Randolph,   Chicago, IL 60601-5099
15912711    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   Po Box 85520,   Richmond, VA 23285)
15912710     +CHASE,   Po Box 15298,   Wilmington, DE 19850-5298
15912725     +CITI,   Po Box 6241,   Sioux Falls, SD 57117-6241
16625157      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15912743     +David Lyzbicki,   c/o Michael L Shephard,   155 North Michigan Ave,   Suite 613,
               Chicago, IL 60601-7511
15912740     +Dr. Edward Brackett MD,   1125 Westgate St,   Oak Park, IL 60301-1007
15912714     +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
15912715     +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
15912712     +Fifth Third BANK,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
16617770     +Fifth Third Bank,   PO BOX 829009,   Dallas, TX 75382-9009
15912722     +First Northern CU,   300 W Adams St,   Chicago, IL 60606-5101
15912707    ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
              (address filed with court: HSBC/Bsbuy,   Po Box 15519,   Wilmington, DE 19850)
15912731     +Midwest Healthcare Management,   2900 Macarthur Blvd Ste B,   Northbrook, IL 60062-2005
15912746     +Midwest Open MRI,   PO Box 66973,   Slot 30298,   Chicago, IL 60666-0973
15912728     +Midwest Orthopaedic Consultant,   10719 W 160th St,   Orland Park, IL 60467-5541
15912734     +Professional Anesthesia SC,   185 Penny Ave Ste B,   East Dundee, IL 60118-1455
15912729     +Resurrection Health Care,   5645 W Addison St,   Chicago, IL 60634-2881
15912741     +Resurrection Services,   9000 S Stony Island Ave,   Chicago, IL 60617-3508
15912730     +Rush Oak Park Hospital,   PO Box 70769,   Chicago, IL 60673-0769
15912732     +Rush Oak Park Hospital,   520 South Maple Ave,   Oak Park, IL 60304-1097
15912709     +Sears/CBSD,   Po Box 6189,   Sioux Falls, SD 57117-6189
15912735     +Smita J Shah, MD,   PO Box 5921,   Buffalo Grove, IL 60089-5921
15912716     +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
15912721     +WFF Cards,   Attn: Bankruptcy Dept.,   3201 N 4Th Ave,   Sioux Falls, SD 57104-0700
15912726     +West Suburban Hospital,   3 Erie Court,   Oak Park, IL 60302-2599
15912745     +West Suburban Pro Receivables,   Attn: Bankruptcy Dept.,   35001 Eagle Way,
               Chicago, IL 60678-1350
15912727     +Westgate Orthopaedics,   Attn: Bankruptcy Dept.,   1125 Westgate,   Oak Park, IL 60301-1070
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16573890      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 12 2011 11:17:09
               American Infosource Lp As Agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
               Oklahoma City, OK  73124-8840
16565588      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 12 2011 11:27:09      Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15912720     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 12 2011 11:27:09      Discover FIN SVCS LLC,
               Po Box 15316,   Wilmington, DE 19850-5316
16965000      E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2011 11:17:10      GE Money Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15912708     +E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2011 11:17:10      GEMB/SAMS CLUB,   Po Box 981400,
               El Paso, TX 79998-1400
15912742     +Fax: 847-227-2151 Oct 12 2011 11:27:08      Medical Recovery Specialists,
               2250 E Devon Ave Ste 352,   Des Plaines, IL 60018-4519
                                                                                              TOTAL: 6
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
15912737    ##+Village Radiology Ltd,   121 N Marion St,   Oak Park, IL 60301-1079
15912706    ##+Wells Fargo,   9620 S. Roberts Rd.,   Hickory Hills, IL 60457-2238
15912705    ##+Wells Fargo Financial,   PO Box 98784,   Las Vegas, NV 89193-8784
                                                                                   TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dcarroll              Page 2 of 2                Date Rcvd: Oct 11, 2011
                              Form ID: pdf002            Total Noticed: 37

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 13, 2011**                        **Signature:**        _Joseph Speetjens_