UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
 §
Ramirez, Anthony § Case No. 10-33534
Ramirez, Pamela Von §
 §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER  ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4) This case was originally filed under chapter   on           . The case was pending for    months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____    By:/s/Joseph A. Baldi, Trustee_____
  						Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Anthony Ramirez |  |  |  |
| Anthony Ramirez |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Financial Attn: Bankruptcy Dept. P.O. Box 98784 Las Vegas NV 89193 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 9620 S. Roberts Rd. Hickory Hills IL 60457 | | | | | |
| | Wells Fargo | | | | | |
| | DR. NIRANJUNA GIRI, M.D. | | | | | |
| | MEDICARE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| DONNA CACIC WISSBAUM | | | | | |
| MARQUETTE COUNTY | | | | | |
| MARQUETTE COUNTY TITLE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| KENNETH FLEISCHER C/O RAY, FLEISCHE | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KENNETH FLEISCHER C/O RAY, FLEISCHE | | | | | |
| KENNETH FLEISCHER C/O RAY, FLEISCHE | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| COLDWELL BANKER - COTTER REALTY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Benjamin Krumstok Attn: Bankruptcy Dept. 520 S Maple Ave Oak Park IL 60304 | | | | | |
| | 11 Dr. Edward Brackett MD Attn: Bankruptcy Dept. 1125 Westgate St Oak Park IL 60301 | | | | | |
| | 12 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 13 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 17 First Northern CU Attn: Bankruptcy Dept. 300 W Adams St Chicago IL 60606 | | | | | |
| | 19 HSBC/Bsbuy Attn: Bankruptcy Dept. Po Box 15519 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Blue Cross Blue Sheild Attn: Mia Jacob 300 East Randolph Chicago IL 60601 | | | | | |
| 20 | Medical Recovery Specialists Bankruptcy Department 2250 E. Devon Ave., Ste. 352 Des Plaines IL 60018 | | | | | |
| 21 | Midwest Healthcare Management Attn: Bankruptcy Dept. 2900 Macarthur Blvd Northbrook IL 60062 | | | | | |
| 22 | Midwest Open MRI Bankruptcy Department PO Box 66973/Slot 30298 Chicago IL 60666 | | | | | |
| 23 | Midwest Orthopaedic Consultant Bankruptcy Department 10719 W. 160th St. Orland Park IL 60467 | | | | | |
| 24 | Professional Anesthesia SC Attn: Bankruptcy Dept. 185 Penny Ave Ste B East Dundee IL 60118 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | Resurrection Health Care Attn: Bankruptcy Department 5645 W. Addison St. Chicago IL 60634-4403 | | | | | |
| 26 | Resurrection Services Bankruptcy Department 9000 S. Stony Island Ave. Chicago IL 60617 | | | | | |
| 27 | Rush Oak Park Hospital Attn: Bankruptcy Dept. PO Box 70769 Chicago IL 60673 | | | | | |
| 28 | Rush Oak Park Hospital Attn: Bankruptcy Dept. 520 South Maple Ave Oak Park IL 60304 | | | | | |
| 3 | Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| 30 | Sears/CBSD Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |
| 31 | Smita J Shah, MD Attn: Bankruptcy Dept. PO Box 5921 Buffalo Grove IL 60089 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 32 Smita J Shah, MD Attn: Bankruptcy Dept. PO Box 5921 Buffalo Grove IL 60089 | | | | | |
| | 33 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 34 Village Radiology Ltd. Bankruptcy Department 121 N. Marion St. Oak Park IL 60301-1061 | | | | | |
| | 35 West Suburban Hospital Attn: Bankruptcy Department PO Box 4746 Carol Stream IL 60197-4746 | | | | | |
| | 36 West Suburban Pro Receivables Attn: Bankruptcy Dept. 35001 Eagle Way Chicago IL 60678 | | | | | |
| | 37 Westgate Orthopaedics Attn: Bankruptcy Dept. 1125 Westgate Oak Park IL 60301 | | | | | |
| | 38 Westgate Orthopaedics, Ltd Attn: Bankruptcy Dept. 1125 Westgate St Oak Park IL 60301 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 39 Westgate Orthopaedics, Ltd Attn: Bankruptcy Dept. 1125 Westgate Oak Park IL 60301 | | | | | |
| | 40 WFF Cards Attn: Bankruptcy Dept. 3201 N 4Th Ave Sioux Falls SD 57104 | | | | | |
| | 7 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 8 David Lyzbicki c/o Michael L Shephard 155 North Michigan Ave Chicago IL 60601 | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000004 | FIFTH THIRD BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | FIFTH THIRD BANK | | | | | |
| 000006 | FIFTH THIRD BANK | | | | | |
| 000010 | GE MONEY BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-33534 | SPS | Judge: Susan Pierson Sonderby | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | Ramirez, Anthony | | | Date Filed (f) or Converted (c): | 07/28/10 (f) |
| | Ramirez, Pamela Von | | | 341(a) Meeting Date: | 09/21/10 |
| For Period Ending: | 12/12/11 | | | Claims Bar Date: | 03/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1618 Scoville Ave Berwyn, IL 60402 (Debtors' prima | 84,960.00 | 0.00 | | 0.00 | FA |
| 2. 4.2 Acres in Packwaukee WI, stucture on land with | 17,800.00 | 13,550.00 | | 16,900.00 | FA |
| 3. Checking account with 5/3rd Bank | 100.00 | 0.00 | | 0.00 | FA |
| 4. Savings account with First Northern Credit Union | 200.00 | 0.00 | | 0.00 | FA |
| 5. Savings account with 5/3rd Bank | 150.00 | 0.00 | | 0.00 | FA |
| 6. Checking account with Bank of America | 200.00 | 0.00 | | 0.00 | FA |
| 7. Savings account with Bank of America | 100.00 | 0.00 | | 0.00 | FA |
| 8. Household goods; TV, DVD player, TV stand, stereo, | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. Books, Compact Discs, Tapes/Records, Family Pictur | 100.00 | 0.00 | | 0.00 | FA |
| 10. Necessary wearing apparel. | 300.00 | 0.00 | | 0.00 | FA |
| 11. Earrings, watch, costume jewelry, wedding bands | 350.00 | 0.00 | | 0.00 | FA |
| 12. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 13. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 14. Pension w/ Employer/Former Employer - 100% Exempt. | 30,000.00 | 0.00 | | 0.00 | FA |
| 15. PI Claim, | 20,000.00 | 35,000.00 | | 50,000.00 | FA |
| 16. Potential workers' compensation case against forme | 20,000.00 | 0.00 | | 0.00 | FA |
| 17. 1999 Buick LaSabre with over 100,000 miles | 1,325.00 | 0.00 | | 0.00 | FA |
| 18. 1997 Buick LaSabre with over 100,000 miles | 1,200.00 | 0.00 | | 0.00 | FA |
| 19. Family Pets: a dog and a cat | 0.00 | 0.00 | | 0.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.53 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $179,785.00    $48,550.00    $66,901.53    $0.00

(Total Dollar Amount in Column 6)

_____

LFORM1    Ver: 16.04e

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 10-33534 SPS Judge: Susan Pierson Sonderby | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | Ramirez, Anthony | Date Filed (f) or Converted (c): | 07/28/10 (f) |
| | Ramirez, Pamela Von | 341(a) Meeting Date: | 09/21/10 |
| | | Claims Bar Date: | 03/18/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold real property in Wisconsin; Trustee retained special counsel to represent estate with respect to PI claim; Trustee settled PI claim pursuant to Court order; Trustee prepared Estate tax returns; TFR filed. Final hearing held 11/9/11; final distribution made.

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-33534 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | Ramirez, Anthony | | Bank Name: | Bank of America, N.A. |
| | Ramirez, Pamela Von | | Account Number / CD #: | *******6917 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5639 | | | |
| For Period Ending: | 12/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/29/11 | 15 | Allstate Insurance Company<br>Claims Payment Processing<br>P.O. Box 650048<br>Dallas, TX 75265 | Settlement Proceeds: PI Claim | 50,000.00 | | | | | 50,000.00 |
| 03/31/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | | 0.01 | | | | 50,000.01 |
| 04/04/11 | | Transfer to Acct #*******6946 | Bank Funds Transfer<br>For Distribution of PI settlement proceeds per<br>Court order 3/17/11 | | | | | -32,668.52 | 17,331.49 |
| 04/25/11 | | Transfer to Acct #*******6946 | Bank Funds Transfer<br>for payment of medicare lien, per order 3/16/11 | | | | | -2,259.18 | 15,072.31 |
| 04/29/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | | 0.16 | | | | 15,072.47 |
| 05/31/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | | 0.13 | | | | 15,072.60 |
| 06/06/11 | 2 | MARQUETTE COUNTY TITLE, INC<br>Trust Account<br>PO Box 216<br>Montello, WI 53949 | SALE OF REAL PROPERTY | 15,199.06 | | | | | 30,271.66 |
| | | SANDRA J. BALTUTIS | Memo Amount: 16,900.00<br>SALE OF REAL PROPERTY | | | | | | |
| | | COLDWELL BANKER - COTTER REALTY | Memo Amount: ( 1,014.00 )<br>BROKER FEES | | | | | | |
| | | DONNA CACIC WISSBAUM | Memo Amount: ( 75.00 )<br>CLOSING COSTS | | | | | | |
| | | MARQUETTE COUNTY TITLE | Memo Amount: ( 500.70 )<br>CLOSING COSTS | | | | | | |
| | | MARQUETTE COUNTY | Memo Amount: ( 111.24 )<br>COUNTY TAXES | | | | | | |
| 06/30/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | | 0.22 | | | | 30,271.88 |
| 07/12/11 | | Transfer to Acct #*******6946 | Bank Funds Transfer<br>To pay Debtor's claimed exemption in wisconsin<br>property | | | | | -4,250.00 | 26,021.88 |
| 07/29/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | | 0.23 | | | | 26,022.11 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-33534 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Ramirez, Anthony | Bank Name: | Bank of America, N.A. |
| | Ramirez, Pamela Von | Account Number / CD #: | *******6917 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5639 | | |
| For Period Ending: | 12/12/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 08/31/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | | 0.23 | | | | 26,022.34 |
| 09/30/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | | 0.21 | | | | 26,022.55 |
| 10/31/11 | 20 | Bank of America, N.A. | Interest Rate 0.010 | | 0.22 | | | | 26,022.77 |
| 11/18/11 | 20 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.12 | | | | 26,022.89 |
| 11/18/11 | | Transfer to Acct #*******6946 | Final Posting Transfer For Final Distribution | | | | | -26,022.89 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 16,900.00 | Account *******6917 | Balance Forward | 0.00 |
| Memo Allocation Disbursements: | 1,700.94 | 2 Deposits | 65,199.06 | 0 Checks | 0.00 |
| | | 9 Interest Postings | 1.53 | 0 Adjustments Out | 0.00 |
| Memo Allocation Net: | 15,199.06 | | | 4 Transfers Out | 65,200.59 |
| | | Subtotal | $ 65,200.59 | | |
| | | 0 Adjustments In | 0.00 | Total | $ 65,200.59 |
| | | 0 Transfers In | 0.00 | | |
| | | Total | $ 65,200.59 | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 15)

Ver: 16.04e

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-33534 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Ramirez, Anthony | Bank Name: | Bank of America, N.A. |
| | Ramirez, Pamela Von | Account Number / CD #: | *******6946 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5639 | | |
| For Period Ending: | 12/12/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 04/04/11 | | Transfer from Acct #*******6917 | Bank Funds Transfer<br>For Distribution of PI settlement proceeds per<br>Court order 3/17/11 | | | | | 32,668.52 | 32,668.52 |
| 04/04/11 | 001001 | Anthony Ramirez<br>1618 Scotville Ave.<br>Berwyn, IL 60402 | Debtor's Exemption | | | 15,000.00 | | | 17,668.52 |
| 04/04/11 | 001002 | Dr. Niranjuna Giri, M.D.<br>7372 S. Rt. 83<br>Darien, IL 60561 | Physician Lien | | | 696.59 | | | 16,971.93 |
| 04/04/11 | 001003 | Kenneth Fleischer c/o Ray, Fleischer&Fox<br>and Michael L. Shepherd, Ltd.<br>77 W. Washington St., Suite 1910 | Special Counsel fees and expenses | | | 6,971.93 | | | 10,000.00 |
| 04/04/11 | 001004 | Kenneth Fleischer c/o Ray, Fleischer&Fox<br>and Harman & Fedick<br>77 W. Washington St., Suite 1910<br>Chicago, IL 60602 | Special Counsel Fees | | | 10,000.00 | | | 0.00 |
| 04/25/11 | | Transfer from Acct #*******6917 | Bank Funds Transfer<br>for payment of medicare lien, per order 3/16/11 | | | | | 2,259.18 | 2,259.18 |
| 04/25/11 | 001005 | Medicare<br>Med. Secondary Payor Recovery Contractor<br>P.O. Box 138832<br>Oklahoma City, OK  73113 | Medicare Lien<br>Lien claim against PI settlement proceeds per order | | | 2,259.18 | | | 0.00 |
| 07/12/11 | | Transfer from Acct #*******6917 | Bank Funds Transfer<br>To pay Debtor's claimed exemption in wisconsin<br>property | | | | | 4,250.00 | 4,250.00 |
| 07/12/11 | 001006 | Anthony Ramirez<br>1618 Scotville Ave.<br>Berwyn, IL 60402 | Debtor's Exemption in WI property | | | 4,250.00 | | | 0.00 |
| 11/18/11 | | Transfer from Acct #*******6917 | Transfer In From MMA Account<br>For Final Distribution | | | | | 26,022.89 | 26,022.89 |
| 11/18/11 | 001007 | Popowcer Katten, Ltd<br>35 E. Wacker Drive | Accountant for Trustee Fees (Other | | | 1,147.50 | | | 24,875.39 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

Ver: 16.04e

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-33534 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Ramirez, Anthony | | Bank Name: | Bank of America, N.A. |
| | Ramirez, Pamela Von | | Account Number / CD #: | *******6946 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5639 | | | |
| For Period Ending: | 12/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | Suite 1550<br>Chicago, Il 60601-2207 | | | | | | | |
| 11/18/11 | 001008 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | | | 5,515.08 | | | 19,360.31 |
| 11/18/11 | 001009 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | | | 4,538.50 | | | 14,821.81 |
| 11/18/11 | 001010 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Expenses (Trus | | | 44.23 | | | 14,777.58 |
| 11/18/11 | 001011 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 23.29% | | | 2,871.24 | | | 11,906.34 |
| 11/18/11 | 001012 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 23.29% | | | 1,306.01 | | | 10,600.33 |
| 11/18/11 | 001013 | American Infosource Lp As Agent for<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000003, Payment 23.29% | | | 533.80 | | | 10,066.53 |
| 11/18/11 | 001014 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | Claim 000004, Payment 23.29% | | | 2,235.54 | | | 7,830.99 |
| 11/18/11 | 001015 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | Claim 000005, Payment 23.29% | | | 440.89 | | | 7,390.10 |
| 11/18/11 | 001016 | Fifth Third Bank<br>PO BOX 829009 | Claim 000006, Payment 23.29% | | | 2,707.13 | | | 4,682.97 |

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-33534 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Ramirez, Anthony | | Bank Name: | Bank of America, N.A. |
| | Ramirez, Pamela Von | | Account Number / CD #: | *******6946 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5639 | | | |
| For Period Ending: | 12/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | Dallas, TX 75382 | | | | | | | |
| 11/18/11 | 001017 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 23.29% | | | 1,006.84 | | | 3,676.13 |
| 11/18/11 | 001018 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 23.29% | | | 1,703.10 | | | 1,973.03 |
| 11/18/11 | 001019 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000009, Payment 23.29% | | | 1,917.35 | | | 55.68 |
| 11/18/11 | 001020 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000010, Payment 23.29% | | | 55.68 | | | 0.00 |

|  |  |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

| Account *******6946 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 Deposits | | 0.00 | 20 Checks | | 65,200.59 |
| 0 Interest Postings | | 0.00 | 0 Adjustments Out | | 0.00 |
| | Subtotal | $ 0.00 | 0 Transfers Out | | 0.00 |
| | | | Total | $ | 65,200.59 |
| 0 Adjustments In | | 0.00 | | | |
| 4 Transfers In | | 65,200.59 | | | |
| | Total | $ 65,200.59 | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

Ver: 16.04e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-33534 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Ramirez, Anthony | | Bank Name: | Bank of America, N.A. |
| | Ramirez, Pamela Von | | Account Number / CD #: | *******6946 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5639 | | | |
| For Period Ending: | 12/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| Total Allocation Receipts: | 16,900.00 | |
| Total Allocation Disbursements: | 1,700.94 | |
| Total Memo Allocation Net: | 15,199.06 | |

| Report Totals | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | | 0.00 | | |
| 2 | Deposits | | 65,199.06 | 20 Checks | 65,200.59 |
| 9 | Interest Postings | | 1.53 | 0 Adjustments Out | 0.00 |
| | | | | 4 Transfers Out | 65,200.59 |
| | Subtotal | $ | 65,200.59 | | |
| | | | | Total | $ 130,401.18 |
| 0 | Adjustments In | | 0.00 | | |
| 4 | Transfers In | | 65,200.59 | | |
| | Total | $ | 130,401.18 | Net Total Balance | $ 0.00 |